IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SANDRA PRUDHOMME, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-149-MJT-CLS |
| | § | |
| STEWARD HEALTHCARE THE | § | |
| MEDICAL CENTER OF SOUTHEAST | § | |
| TEXAS, | § | |
| | § | |
| *Defendant*. | § | |

## **FINAL JUDGMENT**

Pursuant to the Order Adopting the United States Magistrate Judge's Report and Recommendation on this same date, it is hereby ORDERED, ADJUDGED, and DECREED that the this case is hereby DISMISSED with prejudice.

All relief not specifically granted herein is DENIED. The clerk is directed to close the case.

**SIGNED this 10th day of July, 2023.**

_____
Michael J. Truncale
United States District Judge